# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Justin T. Freed,**<br><br>     **Debtor.** | **Bankruptcy No. 23-10357-pmm**<br><br>**Chapter 13** |
| **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,**<br><br>     **Movant,**<br><br>**v.**<br><br>**Justin T. Freed,**<br><br>     **Debtor/Respondent,**<br><br>**Rachael Wilson,**<br><br>     **Co-Debtor/Respondent,**<br><br>**KENNETH E. WEST, Esquire,**<br><br>     **Trustee/Respondent.** | |

## ORDER OF COURT

AND NOW, this 13th day of October, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge